OSTERGAR LAW GROUP P.C.
John E. Lattin IV (State Bar No. 167876)
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 305-4590
Facsimile:  (949) 305-4591

*To be Admitted Pro Hac Vice*:
HOWARD, LEWIS & PETERSEN, P.C.
KENNETH PARKINSON (UT Bar No. 6778)
PETER L. LATTIN (UT Bar No. 12152)
120 East 300 North Street
Provo, Utah 84606
Telephone:  (801) 373-6345
Facsimile:  (801) 377-4991

Attorneys for Defendants,
LEGALLY MINE, LLC

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASRA ELIASHIEH, M.D., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEGALLY MINE, LLC,<br><br>Defendant. | Case No.: 3:18-cv-03622-JSC<br><br>**DECLARATION OF AMMON MCNEFF IN OPPOSITION TO PLAINTIFF'S MOTION TO ENTER DEFAULT JUDGMENT**<br><br>Date: January 17, 2019<br>Time: 9:00 A.M.<br>CTRM: F. 15th Fl.<br>Judge: Hon. Jacqueline S. Corley |

I, Ammon McNeff, declare:

1.      I am President of Legally Mine, LLC, and I have personal knowledge of the facts in this declaration.  If called upon to testify, I could do so competently.

2.      Our company presents at conferences throughout the country.

3.      Each presentation is unique.

1

4. The presenters make different statements at each presentation.

5. Leland McKay is a contracted presenter. He presents information about our services at conferences throughout the country.

6. The presentations, statements, and information that Leland McKay relies on are frequently different than that of our other presenters.

7. We are continuously trying to upgrade our services, forms, and contracts to better serve our customers.

8. The contract Dr. Eliashieh signed in 2016 is no longer in use.

I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct, and that this declaration was signed by me at Provo Utah on December 20, 2018.

By: */s/ Ammon McNeff*
    Ammon McNeff

DECL. OF AMMON MCNEFF IN OPPOSITION TO PLAINTIFF'S MOTION TO ENTER
DEFAULT JUDGMENT

## PROOF OF SERVICE

I am at least 18 years of age, and not a party to the within action. I am employed in the County of Orange, State of California. My address is 9110 Irvine Center Drive, Irvine, California 92618. My electronic address is: cslovenec@ostergar.com

On December 21, 2018, I served the foregoing document(s) described as:

## DECLARATION OF AMMON MCNEFF IN OPPOSITION TO PLAINTIFF'S MOTION TO ENTER DEFAULT JUDGMENT

on the interested parties identified in this action by the means of service designated below:

| | |
|---|---|
| David Michael Rosenberg-Wohl<br>Hershenson Rosenberg-Wohl, APC<br>315 Montgomery St., 8th Fl.<br>San Francisco, CA 94104<br>415-829-4330<br>Email: david@hrw-law.com | *Attorneys for Plaintiff* |

___ (By Mail Service) By depositing the sealed envelope(s) with the United States Postal Service at Yorba Linda, CA, with postage thereof fully paid. (C.C.P.§1013 and/or §1101 et seq.)

_X_ (By Electronic Transmission) I caused the described document(s) described herein electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E) and L.R. 5-1(h).

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2018, at Yorba Linda, California.

_____
CHRISTINA SLOVENEC

3

DECL. OF AMMON MCNEFF IN OPPOSITION TO PLAINTIFF'S MOTION TO ENTER DEFAULT JUDGMENT