OSTERGAR LAW GROUP P.C.
John E. Lattin IV (State Bar No. 167876)
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 305-4590
Facsimile:   (949) 305-4591

*To be Admitted Pro Hac Vice*:
HOWARD, LEWIS & PETERSEN, P.C.
KENNETH PARKINSON (UT Bar No. 6778)
PETER L. LATTIN (UT Bar No. 12152)
120 East 300 North Street
Provo, Utah 84606
Telephone:  (801) 373-6345
Facsimile:   (801) 377-4991

Attorneys for Defendants,
LEGALLY MINE, LLC

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASRA ELIASHIEH, M.D., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEGALLY MINE, LLC,<br><br>Defendant. | Case No.: 3:18-cv-03622-JSC<br><br>**CORRECTED DECLARATION OF JAROM HILLERY RE LEGALLY MINE, LLC'S REGISTRATION OF ARBITRATION CLAUSE WITH AAA**<br><br>**Date: February 27, 2020**<br>**Time: 9:00 A.M.**<br>**CTRM: F. 15th Fl.**<br>**Judge: Hon. Jacqueline S. Corley** |

1
DECLARATION OF JAROM HILLERY: CASE NO.: 3:18-CV-03622-JSC

I, Jarom Hillery, declare:

1. I am an attorney licensed to practice in Utah. I work as in-house counsel to Legally Mine, LLC, and I am primarily involved with the company's transactional matters. I have personal knowledge of the information contained in this declaration, and if called upon to testify, I could do so competently.

2. On or around January 28, 2020, I accessed the American Arbitration Association ("AAA") Website at https://www.adr.org/.

3. I registered the arbitration clause attached as Exhibit A to this declaration.

4. A copy of the receipt and confirmation from AAA is attached as Exhibit B to this declaration.

5. Legally Mine, LLC does not sell products or services for personal or household uses. It provides asset protection services for business owners who provide professional services to others as their primary commercial endeavor.

6. When drafting the arbitration clause, Legally Mine, LLC was unaware of the AAA National Registry requirements for consumer arbitrations.

7. It drafted the clause expecting that future disputes would involve disagreements between commercial entities.

8. To my knowledge, Legally Mine, LLC has few, if any customers who retain services for any purpose outside of their commercial business endeavors.

9. In fact, Legally Mine, LLC does not generally provide any services for personal or household uses.

10. Our services our provided to individuals in furtherance of their commercial business endeavors.

11. Because Plaintiff has demanded arbitration under the consumer rules, registering the clause now creates a risk that every dispute referred to the AAA will result in default to the consumer rules.

12. Placing the clause on the AAA National Consumer Registry unfairly disadvantages Legally Mine, LLC in its relationships with all of its other business customers outside of this case.

13. Legally Mine, LLC may be required to rely on AAA appeal procedures in every arbitrated dispute to establish that the AAA commercial rules apply.

14. Despite this, Legally Mine, LLC has registered its clause with the AAA in an effort to take every possible step to pursue arbitration with Plaintiff.

I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct, and that this declaration was signed by me at Provo Utah on February 4, 2020.

By: */s/ Jarom Hillery*

Jarom Hillery

**Exhibit A**

**If this is a commercial transaction, the following applies:**

By execution of their Agreement (the "Agreement"), purchaser/customer ("Customer") and Legally Mine, ("Company") hereby agree that any and all disputes that arise between them concerning this Agreement or any of the terms of this Agreement, or that concern any aspect of the relationship between Customer and Company, shall be decided exclusively in binding arbitration conducted in the state of Utah by the American Arbitration Association ("AAA"). Judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Customer and Company further agree that each party will bear his/her/its own costs and attorneys' fees incurred in connection with the AAA arbitration proceeding, and agree that the AAA arbitrator shall have no power or discretion to make any award of costs or attorneys' fees. By agreeing to arbitration, you waive any right or authority for any claims to be arbitrated as a class action.

**If this is a consumer transaction, the following applies:**

By execution of their Agreement (the "Agreement"), purchaser/customer ("Customer") and Legally Mine, ("Company") hereby agree that any and all disputes that arise between them concerning this Agreement or any of the terms of this Agreement, or that concern any aspect of the relationship between Customer and Company, shall be decided exclusively in binding arbitration conducted by the American Arbitration Association ("AAA"). Judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. By agreeing to arbitration, you waive any right or authority for any claims to be arbitrated as a class action.

**Exhibit B**



**Jarom Hillery <jarom@legallymineusa.com>**

## Transaction Receipt from American Arbitration Association for $500.00 (USD)

**Auto-Receipt** <noreply@mail.authorize.net>  
Reply-To: Corporate Finance <corpfinance@adr.org>  
To: Dan McNeff <jarom@legallymineusa.com>

Tue, Jan 28, 2020 at 3:06 PM

**Order Information**

Description:   AAA Consumer Clause Registry Fee

**Billing Information**  
Dan McNeff  
113 E. 750 N.  
Orem, UT 84097  
US  
jarom@legallymineusa.com  
801 477 1750

**Shipping Information**  
Dan McNeff  
113 E. 750 N.  
Orem, UT 84097  
US

**Total: $500.00 (USD)**

**Payment Information**

| | |
|---|---|
| Date/Time: | 28-Jan-2020 17:06:04 EST |
| Transaction ID: | 62158694088 |
| Payment Method: | Visa xxxx3572 |
| Transaction Type: | Purchase |
| Auth Code: | 048917 |

**Merchant Contact Information**  
American Arbitration Association  
New York, NY 10271  
US  
corpfinance@adr.org



Jarom Hillery <jarom@legallymineusa.com>

## Consumer Clause Registration Confirmation.

**do-no-reply@adr.org** <do-no-reply@adr.org>  
To: consumerreview@adr.org

Tue, Jan 28, 2020 at 3:06 PM

Thank you for submitting your consumer arbitration clause(s) for review by the AAA. An invoice acknowledging receipt of your payment of the non-refundable Consumer Clause Review and Registry fee will be sent to the email address of the individual identified as the recipient for communications related to the clause registry. We will review the materials you have submitted to determine if they are in material compliance with the Consumer Due Process Protocol(Consumer Protocol), and you can expect to hear from the AAA again within approximately + 30 days regarding that review. If the AAA determines that your arbitration clause is materially compliant with the Consumer Protocol, you will be advised that your clause and company name will be posted to the Registry. If the AAA determines that your arbitration clause is not materially compliant with the Consumer Protocol, the AAA will advise you of the issue that resulted in a determination not to administer arbitrations arising out of your clause.You will also be provided with information about your options to correct the identified deficiency.

If you have any additional questions regarding your submission or the Registry, please email the AAA at consumerreview@adr.org.

Thank you,

The AAA ConsumerTeam

**Company Information**  
Business:Legally Mine, LLC

**Business Contact**  
First Name: Jarom  
Last Name: Hillery  
Company: Legally Mine, LLC  
Email Address: jarom@legallymineusa.com  
Address 1: 1337 E 750 N  
City: Orem  
State: ut  
Zip Code: 84097  
Telephone: 001/8552091798/126  
Fax: 001/8888016454

**Contact Information for Display on Consumer Clause Registry**  
Company: Legally Mine, LLC  
Arbitration Clause Information  
The name/title of consumer arbitration clause: Arbitration Clause for registration.pdf

Arbitration Agreement  
Please find enclosed the attachment.

 **Arbitration Clause for registration.pdf**  
29K

# PROOF OF SERVICE

I am at least 18 years of age, and not a party to the within action. I am a resident of or employed in the County of Orange, State of California. My address is 9110 Irvine Center Drive, Irvine, California 92618. My electronic address is: aostergar@ostergar.com

On February 5, 2020, I served the foregoing document(s) described as:

**SUPPLEMENTAL DECLARATION OF JAROM HILLERY IN SUPPORT OF MEMORANDUM IN OPPOSITION TO MOTION TO REINSTATE CASE**

on the interested parties identified in this action by the means of service designated below:

| | |
|---|---|
| David Michael Rosenberg-Wohl<br>Hershenson Rosenberg-Wohl, APC<br>315 Montgomery St., 8th Fl.<br>San Francisco, CA 94104<br>415-829-4330<br>Email: david@hrw-law.com | *Attorneys for Plaintiff* |

___ (By Mail Service) By depositing the sealed envelope(s) with the United States Postal Service at Yorba Linda, CA, with postage thereof fully paid. (C.C.P.§1013 and/or §1101 et seq.)

_X_ (By Electronic Transmission) I caused the described document(s) described herein electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E) and L.R. 5-1(h).

___ (By Overnight Courier) Pursuant to C.C.P.§1013(c)(d)), I caused described document(s) to be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by an express service carrier to receive documents, in an envelope or package designated by that express service carrier with delivery fees paid or provided for, and addressed to the person(s) as indicated above on (Date:) August 3, 2015, at (Location:) FedEx 5645 E. La Palma Avenue, Suite 165, Anaheim, CA 92807.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 5, 2020, at Irvine, California.

/s/ Christina Slovenec
_____
CHRISTINA SLOVENEC