OSTERGAR LAW GROUP P.C.
John E. Lattin IV (State Bar No. 167876)
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 305-4590
Facsimile:   (949) 305-4591

*Admitted Pro Hac Vice*:
HOWARD, LEWIS & PETERSEN, P.C.
KENNETH PARKINSON (UT Bar No. 6778)
PETER L. LATTIN (UT Bar No. 12152)
120 East 300 North Street
Provo, Utah 84606
Telephone:  (801) 373-6345
Facsimile:   (801) 377-4991

Attorneys for Defendant

HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION
DAVID M. ROSENBERG-WOHL
3080 Washington St.
San Francisco, CA 94115
Telephone: (415) 317-7756

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASRA ELIASIEH, M.D., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEGALLY MINE, LLC,<br><br>Defendant. | Case No.: 3:18-cv-03622-JSC<br><br>**ORDER TO DISMISS WITH PREJUDICE (proposed)**<br><br>Date: January 27, 2021<br>Ctrm:  F. 15th Fl.<br>Judge:  Hon. Jacqueline S. Corley |

/ / /

/ / /

/ / /

/ / /

1 | Pursuant to Fed. R. Civ. P. 41, the parties have stipulated to dismiss this case with
2 | prejudice. Pursuant to that Rule, and Local Rule 77-2(c), the Clerk therefore signs
3 | below and enters this Order To Dismiss with Prejudice.
4 | IT IS SO ORDERED.
5 | Dated:
6 |
7 | By: _____
8 |     Clerk of Court

ORDER TO DISMISS WITH PREJUDICE (PROPOSED)

# **PROOF OF SERVICE**

I am at least 18 years of age, and not a party to the within action. I am a resident of or employed in the County of Orange, State of California. My address is 9110 Irvine Center Drive, Irvine, California 92618. My electronic address is: cslovenec@ostergar.com

On May 25, 2021, I served the foregoing document(s) described as:

**ORDER TO DISMISS WITH PREJUDICE**

on the interested parties identified in this action by the means of service designated below:

| | |
|---|---|
| David Michael Rosenberg-Wohl<br>Hershenson Rosenberg-Wohl, APC<br>3080 Washington St.<br>San Francisco, CA 94115<br>415-317-7756<br>Email: david@hrw-law.com | *Attorneys for Plaintiff* |

___ (By Mail Service) By depositing the sealed envelope(s) with the United States Postal Service at Yorba Linda, CA, with postage thereof fully paid. (C.C.P.§1013 and/or §1101 et seq.)

_X_ (By Electronic Transmission) I caused the described document(s) described herein electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E) and L.R. 5-1(h).

___ (By Overnight Courier) Pursuant to C.C.P.§1013(c)(d)), I caused described document(s) to be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by an express service carrier to receive documents, in an envelope or package designated by that express service carrier with delivery fees paid or provided for, and addressed to the person(s) as indicated above on (Date:) January 27, 2021, at (Location:) FedEx 5645 E. La Palma Avenue, Suite 165, Anaheim, CA 92807.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 25, 2021, at Irvine, California.

*/s/ Christina Slovenec*
CHRISTINA SLOVENEC